JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALLIED ORTHOPEDIC APPLICANCES, INC.,** on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>**TYCO HEALTH CARE GROUP L.P.,** a Delaware Partnership and **MALLINCKRODT INCORPORATED,** a Delaware corporation<br><br>Defendants. | Master Case No. CV 05-06419 MRP (AJWx)<br><br>Consolidated with:<br>Case No. CV 05-06420 MRP (AJWx)<br>Case No. CV 05-07492 MRP (AJWx) √<br>Case No. CV 05-08126 MRP (AJWx)<br>Case No. CV 06-00472 MRP (AJWx)<br>Case No. CV 06-00537 MRP (AJWx)<br><br>**JUDGMENT** |

After the evidence presented having been fully considered and the issues having been duly heard, this Court granted Defendants' Tyco International Ltd.'s, Tyco International (US), Inc.'s, Tyco Healthcare Group LP's, and Mallinckrodt Inc.'s Motion for Summary Judgment or in the Alternative Summary Adjudication of Claims in a separate order dated July 9, 2008. A decision having been duly rendered,

1  IT IS HEREBY ORDERED AND ADJUDGED that Defendants shall have judgment
2 against the Plaintiffs, Plaintiffs shall recover nothing on their complaint, and Defendants shall
3 recover their costs.
4
5 DATED: July 22, 2008             *(signature)*
                                     Hon. Mariana R. Pfaelzer
6                                    United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28